```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


CEDAR HILL HARDWARE AND              )
CONSTRUCTION SUPPLY, INC.,           )
                                     )
            Plaintiff,               )
                                     )
        vs.                          )      No. 4:04CV743-DJS
                                     )
INSURANCE CORPORATION OF HANNOVER,   )
                                     )
            Defendant.               )
```

### ORDER

**IT IS HEREBY ORDERED** that defendant's three motions for leave to file memoranda in excess of the page limit [Docs. #149, #150, and #157] are granted.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to file its sur-reply to defendant's motion for leave to file its summary judgment response out of time [Doc. #166] is granted.

**IT IS FURTHER ORDERED** that defendant's motion for leave to file its responses out of time [Doc. #160] is granted. Plaintiff may file its reply memoranda to these responses no later than **September 29, 2005**.

**IT IS FURTHER ORDERED** that each party shall, no later than **September 30, 2005**, have delivered to the Court's chambers a complete courtesy copy of the party's filings on all pending motions for summary judgment or partial summary judgment, and on the pending motion to disqualify counsel.

**IT IS FURTHER ORDERED** that in the future, a courtesy copy shall be promptly delivered to the Court's chambers of any filing in excess of five (5) pages in length. For purposes of this requirement, all associated filings the combined page total of which exceeds five (5) pages shall require such courtesy copies. For example, if a two-page motion and its four-page memorandum in support are filed, the Court will require a courtesy copy of each.

Dated this   19th    day of September, 2005.

                                       /s/Donald J. Stohr
                                       UNITED STATES DISTRICT JUDGE